**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal Case No. 23-cr-190 (ABJ)** |
| **v.** | |
| **ASHLEY GAUSE, et al.,** | |
| **Defendants.** | |

**GOVERNMENT'S NOTICE OF EXPERT TESTIMONY**
**IN THE FIELD OF LATENT PRINT PROCESSING AND COMPARISON**

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby provides notice that it may introduce the testimony of an expert witnesses in the field of latent print processing and comparison as described in the attached letter, which was provided to defense counsel on June 20, 2025.  The government will supplement these disclosures as appropriate and sufficiently before trial to provide the defense a fair opportunity to meet the evidence. *See* Fed. R. Crim. P. Rule 16(a)(1)(G)(ii).

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ Sarah Martin
        Sarah Martin
        Assistant United States Attorney
        D.C. Bar 1612989
        601 D Street NW
        Washington, DC
        (202) 252-6775
        Sarah.Martin@usdoj.gov



U.S. Department of Justice

JEANINE FERRIS PIRRO
United States Attorney

District of Columbia

*Patrick Henry Building*
*601 D Street NW*
*Washington, DC 20530*

June 20, 2025

Carmen Hernandez, Esq.
*Counsel for Ashley Gause*
Diane Shrewsbury, Esq.
*Counsel for D'Marrel Mitchell*
Erin Scialpi, Esq.
*Counsel for Terrance Branham*
Peter Cooper, Esq.
*Counsel for Deaundre Blount*
***VIA EMAIL AND ECF***

Re:     United States v. Gause et al.
        Case No. 23-cr-190 (ABJ)

Dear Counsel:

We are writing pursuant to Rule 16 of the Federal Rules of Criminal Procedure to provide notice of the following expert witnesses whom the government may call at trial in this matter:

**Daniel Lien, BS – Physical Scientist and Forensic Examiner**

Specifically, Mr. Lien will testify regarding the conclusions in his Laboratory Reports dated March 2, 2021; April 6, 2023; May 17, 2023; and June 12, 2023. Mr. Lien will also testify as to the unsolved latent print detailed in his December 14, 2023 memorandum, recorded as Serial 307 in the FBI file.

Mr. Lien is an expert in the field of latent print processing and comparison. He currently works in the FBI Laboratory Latent Print Operations Unit (LPOU) in Quantico, Virginia. He will describe the accreditation of the FBI Laboratory facilities, including their discipline, Friction

Ridge (e.g., Latent Prints). FBI Laboratory facilities are accredited by the ANSI[1] National Accreditation Board (ANAB) as described on the FBI Laboratory ANAB Scope of Accreditation. The accreditation includes adherence to the ISO/IEC 17025:2017 (ISO 17025) and ANAB AR 3125 standards.

In order to obtain his position as a physical scientist/forensic examiner, Mr. Lien was required to successfully complete an extensive training program at the FBI Laboratory to demonstrate competency, which included written tests, practical exercises, casework-like examinations, oral boards, moot court exercises, competency tests, and supervised casework. Mr. Lien was required to successfully complete oral boards on the topics of persistence and uniqueness of friction ridge skin, discriminability of friction ridge prints, Analysis, Comparison and Evaluation (ACE) of friction ridge prints, Next Generation Identification (NGI) searches, and quality assurance measures, and passed competency tests in evidence processing and friction ridge print comparisons. Since being qualified as a forensic examiner, Mr. Lien has demonstrated continued proficiency in his authorized discipline(s) through successful completion of performance monitoring exercises pursuant to the Laboratory Quality Assurance Manual. Mr. Lien has performed latent print processing and comparison on hundreds of items of evidence.

### Qualifications, Publications and Testimonies

All qualifications, publications authored in the previous 10 years, as well as a list of all other cases during the previous four years in which Mr. Lien has testified as an expert, are contained within his Curriculum Vitae, which has been separately provided to you.

### The Witness's Opinions

Mr. Lien will provide general background information regarding latent print processing and examination, and the series of steps he employs to conduct a comparison. Mr. Lien will testify how he received, processed, and conducted examinations (utilizing the ACE method) on the evidence that was submitted to him in the above-captioned case in accordance with the Operations Manual, Quality Assurance Manual, and applicable Technical Procedures in place at the time at the FBI Laboratory.[2]

Items of evidence submitted for friction ridge print examinations may be examined visually, with various forensic light sources, and/or processed with chemicals and powders to detect the presence of friction ridge prints. Different processing techniques are applied depending on the type and condition of the evidence. Latent prints are assessed after processing to determine if they are suitable for comparison, based on the quantity and clarity of the friction ridge detail of those latent prints. A computer program known as Photoshop is sometimes used to digitally process the images of latent prints. The digital processing enhances the contrast between the ridges and substrate (background), improving visualization for the examiner. A physical scientist/forensic

---

[1] ANSI stands for American National Standards Institute.

[2] The Operations Manual, Quality Assurance Manual and applicable Technical Procedures used in this case have been produced in discovery.

examiner then conducts analyses, comparisons, and evaluations ("ACE") of such prints using a series of steps described more fully in Mr. Lien's Laboratory Reports. Suitable latent prints can be compared to specific known prints or searched through an automated database.

At trial, Mr. Lien will testify regarding the limitations of the examinations, and what his conclusions were. Mr. Lien will explain the verification procedures that were employed in this case, where another qualified latent print examiner from the FBI Laboratory verified his comparisons and conclusions. Upon completion of the verification, a technical review and administrative review was conducted on Mr. Lien's FBI Laboratory file records prior to the issuance of the FBI Laboratory Reports. Specifically, the results to which Mr. Lien will testify regarding the examinations he conducted in this case are contained within his Laboratory Reports dated March 2, 2021; April 6, 2023; May 17, 2023; and June 12, 2023, as well as his December 14, 2023 memorandum as to unsolved latent match, recorded as Serial 307 in the FBI file. All of those reports and the memorandum were disclosed to you as part of discovery in this case. Mr. Lien's testimony will be provided in accordance with the FBI Approved Standards for Scientific Testimony and Reports and the United States Department of Justice Uniform Language for Testimony and Reports.[3]

Mr. Lien will explain the various factors that can affect whether a latent print is either left on or recovered from an item, including: (1) the object's surface, such as whether it is porous or nonporous and whether it is smooth or textured, and how friction or pressure may be applied to the surface; (2) environmental conditions, such as rain, high humidity, dryness, high heat, or low temperatures; (3) the condition of the skin of the person who may have handled the object, including whether their hands were perspiring heavily or excessively dry.

Mr. Lien will explain that friction ridge skin consists of ridges, which are raised portions of skin, and furrows, which are valleys in between the ridges. Friction ridge skin is found on the fingers, palms, and soles of the feet, and friction ridge prints are two dimensional reproductions of the friction ridge features from when the skin touches an item. There are three levels of friction ridge detail in a latent print. Level 1 consists of the general ridge flow of a latent print—that is the general direction or change in direction that the friction ridges take. Level 2 detail consists of the minutiae in a latent print, such as the ridge endings, bifurcations, and dots. Level 3 detail consist of individual ridge attributes such as ridge shapes and ridge edges.

Mr. Lien will opine that latent print examination can be used for purposes of identification. Mr. Lien will explain the discriminability of friction ridge prints, and he will testify that an identification is an examiner's opinion that two friction ridge prints originated from the same source because the observed friction ridge features are in sufficient correspondence such that he/she/they would not expect to see the same arrangement of features repeated in a print that came from a different source.

---

[3] FBI Approved Standards for Scientific Testimony and Reports have been provided in discovery. *See* Department of Justice Uniform Language for Testimony and Reports. https://www.justice.gov/olp/uniform-language-testimony-and-reports

Mr. Lien is expected to testify about the FBI's national friction ridge print database, Next Generation Identification (NGI). NGI contains over 160 million known print records and contains a repository of unidentified latent prints. An examiner can search latent prints against the known records in the database. The database returns candidate images for the examiner to compare. NGI does not make identifications; an examiner will conduct a comparison to each returned candidate to reach a conclusion. Unidentified latent prints can be shared with partner agencies to be searched against their databases.

*The Basis and Reasons for the Witness's Opinions*

Mr. Lien's opinions are based on the results of the examinations of the evidence and are documented in his 1A case file materials, which were provided in discovery and are hereby incorporated by reference, as well as his training, education, experience, and expertise as a Physical Scientist/Forensic Examiner. Mr. Lien's expert opinions, set forth more fully in the aforementioned reports, and the basis for those opinions, are guided by the Operations Manual, Quality Assurance Manual, and applicable Technical Procedures, each of which have been provided in discovery and are hereby incorporated by reference. Mr. Lien may also rely on peer-reviewed literature to provide context to the results of the examinations.

Mr. Lien has reviewed, approved, and signed this notice pursuant to Federal Rule of Criminal Procedure 16 (a)(1)(G)(v).

Daniel Lien, BS
Physical Scientist/Forensic Examiner
Federal Bureau of Investigation
Laboratory Division
Quantico, Virginia

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ Sarah Martin
        Sarah Martin
        Assistant United States Attorney
        D.C. Bar 1612989
        601 D Street NW
        Washington, DC
        (202) 252-6775
        Sarah.Martin@usdoj.gov