UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ASHLEY GAUSE (1),<br>D'MARRELL MITCHELL (2),<br>TERRANCE BRANHAM (3), and<br>DEAUNDRE BLOUNT (6) | Case No. 23-CR-190 (ABJ) |

**NOTICE REGARDING PRELIMINARY OBJECTIONS TO BUSINESS RECORDS**

Mr. D'Marrell Mitchell, through undersigned counsel, and on behalf of Ashley Gause, Terrance Branham, and Deaundre Blount, respectfully submits this notice regarding objections to business records identified in the government's filing on August 19, 2025. ECF No. 233. Defense counsel attempted to provide objections or note no objection where possible below. However, there are many records that have not been provided and/or they were not provided labeled with any exhibit numbers so counsel has indicated in the below chart where items are missing. Defense counsel has contacted the government and requested the production of the missing documents and labeled exhibits so the objections can be clearly and properly lodged, but at this time does not know when those will be provided.

Counsel sought an extension of time to provide these objections until after the production has been made and will provide updated objections within 48 hours after the government provides the missing exhibits, but wanted to provide the Court with these preliminary objections and notes so as not to further delay any decision-making at the upcoming continued pretrial conference on August 26, 2025.

| Exhibit No. | Entity | Evidence | Objection |
|---|---|---|---|
| General 22 | Bank of America | Defendant Gause's bank account transaction records | Certificate provided, but exhibit not provided<br><br>unable to provide objections<br><br>Anticipate removal after Rule 404(b) exclusion |
| General 23 | Block, Inc. | Defendant Blount's CashApp records | Exhibit and certificate not provided |
| College Park 276-278 | Enterprise | Defendant Dolford's vehicle rental records from May – June 2020 | Exhibits not provided |
| General 25 | McKesson | Shipment records from McKesson to Glen Echo Pharmacy in 2020 | Relevance |
| General 26 | AT&T | Defendant Gause's call detail, historical cell site, and NELOS/data sessions records – 907-802-7885 | Exhibit and certificate not provided |
| General 27 | AT&T | Defendant Gause's call detail records – 470-754- 4558 | Exhibit and certificate not provided |
| General 28 | AT&T | Defendant Blount's call detail, historical cell site, and NELOS/data sessions records – 304-871-3366 | Exhibit and certificate not provided |
| General 29 | AT&T | Defendant Branham's call detail, historical cell site, and NELOS/data sessions records – 202-256-8879 | Exhibit and certificate not provided |
| General 30 | AT&T | Defendant Branham's call detail records – 202-940-9538 | Exhibit and certificate not provided |
| General 31 | AT&T | Tamika Tucker's call detail records - 240-432-9189 | Exhibit and certificate not provided |
|  | AT&T | Tasha Veney's call detail records – 202-439-1105 | Exhibit and certificate not provided<br><br>no exhibit number listed |

| | | | |
|---|---|---|---|
| General 32 | AT&T | Call detail records for defendant Gause's associate – 202-717-2351 | Certificate provided, but exhibit not provided.<br><br>Defendants preliminarily object to relevance not knowing who the alleged "associate" is. |
| General 33 | T-Mobile | Defendant Mitchell's call detail and historical cell site records – 202-403-1027 | Exhibit and certificate not provided |
| General 34 | T-Mobile | Defendant Dolford's call detail, historical cell site, and timing advance records – 202-509-2961 | Certificate provided, but exhibit not provided<br><br>unable to provide objections |
| General 35 | T-Mobile | Jasmine Dolberry's call detail records – 301-383- 6367 | Exhibit and certificate not provided |
| General 36 | T-Mobile | Abass Bawa's call detail records - 443-889-6665 | Exhibit and certificate not provided |
| General 37 | T-Mobile | Abass Bawa's/NanaGSM's call detail records - 202- 600-6454 | Exhibit and certificate not provided |
| General 38 | Verizon | Defendant Neal's call detail and historical cell site records – 202-924-4012 | Exhibit not provided |
| General 39 | Meta | Defendant Gause's Instagram records | Exhibit and certificate not provided<br><br>Defendants do object that an Instagram posting is not a business record, but since this exhibit has not been provided, it is unclear what the record is |
| General 40 | Meta | Defendant Dolford's Instagram records | Exhibit and certificate not provided<br><br>Defendants do object that an Instagram posting is not a business record, but since this exhibit has not been provided, it is unclear what the record is |

| | | | |
|---|---|---|---|
| General 41 | Meta | Abass Bawa's Instagram records | Exhibit and certificate not provided<br><br>Defendants do object that an Instagram posting is not a business record, but since this exhibit has not been provided, it is unclear what the record is |
| General 42 | Apple | Apple iCloud records for Melik Mallet | Exhibit and certificate not provided |
| General 43 | Virginia Department of Corrections – Lawrenceville Correctional Center | Defendant Branham's jail calls | Exhibit and certificate not provided<br><br>Defendants preliminarily objection: Hearsay/*Bruton* |
| General 44 | Court Services and Offender Supervision Agency (CSOSA) | Defendant Branham's CSOSA running report between May 1, 2020 – May 1, 2022 | Exhibit and certificate not provided |
| General 45 | Washington, D.C. Department of Licensing and Consumer Protection | Abass Bawa's business licensing records for NanaGSM Wireless phone store in Washington, D.C. | Exhibit and certificate not provided |
| General 46 | Washington, D.C. Department of Health, Vital Records Division | Defendant Mitchell's and individual Makhi Mitchell's birth records | Exhibit and certificate not provided<br><br>Mr. Mitchell objects to the relevance of his and his brother's birth records |
| General 47 | Washington, D.C. Department of Health, Vital Records Division | Terrance Brown's death records | Exhibit and certificate not provided<br><br>Defendants object to relevance of a death record |
| General 48 | Washington, D.C. Department of Motor Vehicles | Washington, D.C. driver's license records for Anthony Carlos Thomas Jr. | Exhibit and certificate not provided<br><br>Defendants object to relevance of a driver's license record |
| Neptune 5 | Walgreens – 5/9/2020 | Surveillance footage of robbery | Certificate not provided |
| Neptune 26 | Walgreens – 5/9/2020 | Inventory of stolen items | Certificate not provided |

| | | | |
|---|---|---|---|
| Nottingham 51 | CVS Pharmacy – 6/8/2020 | Inventory of stolen items | The document provided is not an inventory of items. It is a report of a robbery.<br><br>Defendants object as hearsay and not a business record.<br><br>Confrontation Clause |
| College Park 22-25 | T-Mobile – 6/9/2020 | Surveillance footage of robbery | Certificate provided does not indicate what records the certificate pertains to. This is not a sufficient certificate to justify a business records exception to hearsay. |
| College Park 74 | T-Mobile – 6/9/2020 | Inventory of stolen items | Certificate provided does not indicate what records the certificate pertains to. This is not a sufficient certificate to justify a business records exception to hearsay.<br><br>Confrontation Clause |
| Midlothian 1 | Walgreens – 8/5/2020 | Surveillance footage of robbery | Certificate not provided<br><br>Relates to excluded 404(b) |
| Midlothian 3 | Walgreens – 8/5/2020 | Inventory of stolen items | Exhibit and certificate not provided<br><br>Relates to excluded 404(b) |
| D Street 4-D Street 19 | T-Mobile – 11/6/2020 | Surveillance footage of robbery | Certificate not provided |
| D Street 26 | T-Mobile – 11/6/2020 | Inventory of stolen items | Exhibit and certificate not provided<br><br>Confrontation Clause |
| Wisconsin 2-Wisconsin 8 | Verizon – 11/9/2020 | Surveillance footage of robbery | Certificate not provided |
| Wisconsin 23 | Verizon – 11/9/2020 | Inventory of stolen items | Exhibit and certificate not provided<br><br>Wisconsin 23 is listed on the exhibit list as "photo of both suspects (3)"<br><br>Confrontation Clause |

| | | | |
|---|---|---|---|
| Market Street 2-Market 13 | T-Mobile – 11/11/2020 | Surveillance footage of robbery | Certificate not provided |
| Market Street 20 | T-Mobile – 11/11/2020 | Inventory of stolen items | Exhibit and certificate not provided<br><br>Confrontation Clause |
| Henrico 8 | CVS Pharmacy – 2/14/2021 | Surveillance footage of robbery | No objection |
| Henrico 12 | CVS Pharmacy – 2/14/2021 | Inventory of stolen items | Additional information or testimony is required about the document and how and why it was created. It is also only two pages of what appears to be a three-page document. The entire document should be provided for counsel to review.<br><br>Confrontation Clause |
| P Street 6, P Street 7-8 | Morgan Pharmacy – 3/24/2021 | Surveillance footage of robbery | No objection |
| P Street 81 | Morgan Pharmacy – 3/24/2021 | Inventory of stolen items | Confrontation Clause |
| Alexandria 1 | Walgreens – 3/25/2021 | Surveillance footage of robbery | Certificate not provided |
| Alexandria 29 | Walgreens – 3/25/2021 | Inventory of stolen items | Exhibit and certificate not provided<br><br>Confrontation Clause |
| District Heights 4-5 | Armed Carjacking – 3/31/2021 | Ring Footage from Jada Milline | Certificate not provided<br><br>Defendants also object that videos from a Ring camera are business records. They are not saved in a normal course of business, especially when this is allegedly a person's home. A person might choose to save recordings of videos, but that person will need to testify about the videos for them to be admitted. |
| Beltsville 1-6 | CVS Pharmacy – 3/31/2021 | Surveillance footage of robbery | No objection |

| | | | |
|---|---|---|---|
| Beltsville 18 | CVS Pharmacy – 3/31/2021 | Inventory of stolen items | The document provided is not an inventory of items. It is a report of a robbery.<br><br>Defendants object as hearsay and not a business record.<br><br>Confrontation Clause |
| Manassas 11-20 | CVS Pharmacy – 4/1/2021 | Surveillance footage of robbery | The exhibit numbers do not line up with the video exhibits in the exhibit list.<br><br>Defendants do not object to business record. |
| Manassas 131 | CVS Pharmacy – 4/1/2021 | Inventory of attempted stolen items | The document provided is not an inventory of items. It is a report of a robbery.<br><br>Defendants object as hearsay and not a business record.<br><br>Confrontation Clause |
| Wheaton 6-24 | AT&T Store – 5/4/2021 | Surveillance footage of robbery | Certificate not provided |
| Wheaton 29 | AT&T Store – 5/4/2021 | Inventory of stolen items | Exhibit and certificate not provided<br><br>Confrontation Clause |
| Hyattsville 1-9 | AT&T Store – 5/5/2021 | Surveillance footage of robbery | No objection to Hyattsville Exs. 2-9. Hyattsville Ex. 1 does not appear to be from the AT&T and would not be included as part of this certificate. |
| Hyattsville 28 | AT&T Store – 5/5/2021 | Inventory of stolen items | Exhibit and certificate not provided<br><br>Confrontation Clause |
| Laurel 8-13 | AT&T Store – 5/7/2021 | Surveillance footage of robbery | No objection |
| Pasadena 8-Pasadena 23 | CVS Pharmacy – 5/26/2021 | Surveillance footage of robbery | No objection |

| Pasadena 341 | CVS Pharmacy – 5/26/2021 | Inventory of attempted stolen items | The document provided is not an inventory of items. It is a report of a robbery.<br><br>Defendants object as hearsay and not a business record.<br><br>Confrontation Clause |

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
DIANE SHREWSBURY
BENJAMIN SCHIFFELBEIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004