## APPENDIX A

| FBI Warrant | Anne Arundel Warrant |
|---|---|
| On May 26, 2021 at approximately 0104 hours, Anne Arundel County Police responded to the CVS Pharmacy located at 28 Magothy Beach Rd. Pasadena, MD 21122 for a report of a hold-up alarm.  GX1 ¶ 14 (pg 13) | On May 26, 2021 at approximately 0104 hours, Anne Arundel County Police responded to the CVS Pharmacy located at 28 Magothy Beach Rd. Pasadena, MD 21122 for a report of a hold-up alarm. GX3 p.3 |
| Upon arrival, Cpl. Koch observed a dark blue Volkswagen SUV bearing Virginia registration UCV4294, later determined to be the suspect vehicle, leaving the parking lot. The SUV nearly struck Cpl. Koch's marked patrol vehicle and fled the area, heading Westbound on MD Rt. 100. GX1 ¶ 15 (p. 13) | Upon arrival, Cpl. Koch observed a dark blue Volkswagen SUV bearing Virginia registration UCV 4294, later determined to be the suspect vehicle, leaving the parking lot. The SUV nearly struck Cpl. Koch's marked patrol vehicle and fled the area, heading Westbound on MD Rt. 100. GX3 p.3 |
| Cpl. Koch initiated a pursuit, and units continued to pursue the suspect vehicle. GX1 ¶ 15 (p. 13) | At this time, a pursuit was initiated and units continued to pursue the suspect vehicle. GX3 p.3 |
| After a lengthy pursuit, the suspect vehicle eventually came to a stop near the Interstate 495 onramp at Kenilworth Avenue in Prince George's County, Maryland. GX1 ¶ 15 (p. 13) | After a lengthy pursuit, the suspect vehicle eventually came to a stop in the area of 1-495 at Kenilworth Ave in Prince George's County, MD. GX3 p.3 |
| The driver, identified as Ashley Gause ("Gause"), was the only occupant of the vehicle and was taken into custody. GX1 ¶ 15 (p. 13) | The driver, identified as Ashley Gause, was the only occupant of the vehicle and was taken into custody.  GX3 p.3 |
| A black Apple IPhone XS Max (TARGET DEVICE 1) was seized incident to Ms. Guase's arrest and held in evidence until a search warrant could be obtained. GX1 ¶ 16 (p. 13) | In Ms. Gause's possession when she was arrested was a black Apple IPhone XS Max (IMEI: 357260096093785) which was seized until a search warrant could be obtained. GX3 p.3 |
| While Cpl. Koch was chasing, and apprehending Ms. Gause, Lt. Shanahan observed 3 subjects fleeing from the CVS on foot. Lt. Shanahan ordered the subjects to stop, but they continued toward the Greene Turtle which is located at 20 Magothy Beach | At the CVS, Lt. Shanahan observed 3 subjects fleeing from the business on foot. Lt. Shanahan ordered the subjects to stop, but they continued toward the Greene Turtle which is located at 20 Magothy Beach Rd. Pasadena, MD 21122. GX3, p.3 |

1

| FBI Warrant | Anne Arundel Warrant |
|---|---|
| Rd. Pasadena, MD 21122 (the "Greene Turtle"). GX1 ¶ 17 (p. 14) | |
| At approximately 0111, a call was received for a "hatch alarm" at the Greene Turtle. GX1 ¶ 18 (p. 14) | Approximately 7 minutes after the original call at the CVS, a call was received for a "hatch alarm" at the Greene Turtle located at 20 Magothy Beach Rd. Pasadena, MD 21122. GX3, p.4. |
| Officers checked the perimeter of the business and found it to be secure at the time. A short time later, officers responded back to the Greene Turtle and requested the assistance of the fire department to check the roof of the business. Officers checked the roof of the building and found the "roof hatch" was unsecure, at which time they called out and made entry into the building. GX1 ¶ 18 (p. 14) | Officers checked the perimeter of the business and found it to be secure at the time. A short time later, officers responded back to the Greene Turtle and requested the assistance of the fire department to check the roof of the business. Officers checked the roof of the building and found the "roof hatch" was unsecure, at which time they called out/made entry into the building. GX3, p.4. |
| Inside the building, Officers encountered and arrested D'Marrell Mitchell ("Mitchell") and Terrance Brown ("Brown") – both of whom were later identified by CVS employees as having participated in the robbery. In retracing Mitchell and Brown's flight path, officers discovered a large amount of United States Currency on the roof of the Greene Turtle. GX1 ¶ 19 (p. 14) | Inside the building, 2 suspects were located and identified as D'Marrell Mitchell and Terrance Brown. Both suspects were positively identified as 2 of the suspects who committed the robbery of the CVS. Also recovered from the roof of the Greene Turtle was a stack of US Currency. GX3, p.4. |
| Officers discovered more United States currency, and approximately 80 bottles of prescription medication, outside the CVS. GX1 ¶ 19 (p. 14) | Located outside the CVS, officers located US Currency determined to have been taken from the business and approximately 80 bottles of prescription medication. GX3, p.4. |
| Officers interviewed the CVS employees and learned the following: At 0104 hours, three black males wearing dark hooded sweatshirts with the hoods up, masks, and gloves entered the CVS and approached the cashier. GX1 ¶ 20(a) (p.14) | On scene investigation revealed that at 0104 hours, three black male subjects wearing dark hooded sweatshirts with the hoods up, masks, and gloves entered the CVS and approached the cashier, Ms. Deborah Shannon. GX3, p.4. |

2

| FBI Warrant | Anne Arundel Warrant |
|---|---|
| The suspects bound the cashier's hands together with zip ties and ordered the cashier to open the store's safe, which was located inside the office. GX1 ¶ 20(b) (p.14) | Shortly after making contact with Ms. Shannon, the suspects zip tied her hands together and she was ordered to open the stores safe located in the office of the business. GX3, p.3. |
| Two of the suspects stayed in the office with the cashier while the third suspect approached the pharmacy and ordered the pharmacist to open the pharmacy's safe. GX1 ¶ 20(d) (p.15) | While two of the suspects stayed in the office with Ms. Shannon, the third suspect approached the pharmacy and ordered the pharmacist to open the safe. GX3. p.4 |
| The third suspect bound the pharmacist's hands with zip ties and escorted the pharmacist to the office alongside the cashier. GX1 ¶ 20(e) (p.15) | The suspect zip tied the pharmacist's hands together and escorted him to the office where he was placed on his knees in close proximity to Ms. Shannon while the time delay was counting down. GX3. p.4 |
| The pharmacist was later escorted back to the pharmacy area, where the suspects stole a large quantity of prescription medication. GX1 ¶ 20(e) (p.15) | The pharmacist was escorted back to the pharmacy area a short time later where the suspects stole a large quantity of prescription medication. GX3. p.4 |
| The cashier told Officers that all of the suspects had their hands in their sweatshirt pockets in a way that suggested that each of them was possessing a weapon of some kind. GX1 ¶ 20(f) (p.15) | Ms. Shannon described the suspects had their hands in their sweatshirt pockets as if to imply they were armed/had a weapon in their possession. GX3. p.4 |
| Gause, Mitchell, and Brown were all transported to the Jennifer Road Detention Center where they were processed and interviewed. All three denied involvement in the robbery, and all three denied knowledge of the fourth suspect who had gotten away. GX1 ¶ 21 (p.15) | All 3 suspects were arrested and transported to Jennifer Road Detention Center where they were booked and interviewed. None of the 3 suspects provided any information in reference to the 4th suspect that was still outstanding nor did they admit to their involvement in this incident. GX3, p.4. |
| The vehicle Gause was driving when she was arrested was identified as a 2021 Volkswagen Tiguan bearing Virginia Registration UCV4294 (VIN: 3VV3B7AX5MM115208). The vehicle was towed from the scene and transported to the Evidence Collection Unit where it was secured until a search warrant could be obtained and executed. A search and seizure warrant was obtained for the vehicle | The suspect vehicle that Ms. Gause was stopped in was identified as a 2021Volkswagen Tiguan bearing Virginia Registration UCV4294 (VIN: 3VV3B7AX5MM115208). The vehicle was towed from the scene and transported to the Evidence Collection Unit where it was secured until a search warrant could be |

3

| FBI Warrant | Anne Arundel Warrant |
|---|---|
| and was executed on May 27, 2021 at approximately 0830 hours.<br>Several items of evidentiary value were found in the vehicle and seized to include 3 cell phones. The phones are a purple Apple iPhone 11 (TARGET DEVICE 2), a black Apple iPhone XR (TARGET DEVICE 3), and a black Apple iPhone 12 Pro Max (TARGET DEVICE 4).<br>GX1 ¶ 22 (p.15-16) | obtained and executed. A search and seizure warrant was<br> obtained for the vehicle and was executed on May 27, 2021 at approximately 0830 hours. Several items of evidentiary value were found in the vehicle and seized to include 3 cell phones. The phones are a purple Apple IPhone 11 (IMEi: 356858111227634), a black Apple IPhone XR (IMEi: 356440107058750), and a black Apple IPhone 12 Pro Max (IMEi: 354860896475125). GX3, p.5. |