UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 23-cr-190-02 (ABJ) |
| v. | |
| **D'MARRELL MITCHELL** | |

**OPPOSITION TO GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME**

    D'Marrell Mitchell, through undersigned counsel, respectfully opposes the government's motion for an extension of time on their supplement to the pending motion to suppress briefing. The reasons for denial are simple. Defense counsel had a day to prepare their supplement and agreed to that schedule on the understanding that the government would have a single day to respond. Indeed, none of the arguments in Mr. Mitchell's briefing should be a surprise to the government, as they are a direct response to the testimony taken on Tuesday and Wednesday. In fact, the government has had more time to research and formulate their positions since, presumably, they have been working on them since Wednesday. Defense counsel appreciates the professional courtesy often associated with agreeing to extension requests and is loathe to oppose them. However, this case is out of runaway, and there simply is not time for more delay.

    Additionally, defense counsel wanted to raise the fact that the government has refused to produce *Jencks* for AUSA Nelson in anticipation of Tuesday's hearing. They have taken the position that a *Touhy* request is required. It is not. *Touhy* is "applicable only in cases where the United States is not a party to the original legal proceeding." *Alexander v. F.B.I.*, 186 F.R.D. 66, 70–71 (D.D.C. 1998). Here, as the case caption illustrates, the government is a party to this case. AUSA Nelson is an employee of the government, was counsel on this case, and his materials are necessary in order to prepare for this hearing. Indeed, defense counsel is aware that the

government has already been reviewing them, and is virtually certain they will continue to do so in advance of this hearing.

    For the foregoing reasons, Mr. Mitchell respectfully opposes the government's request for an extension of time.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

 /s/ Diane Shrewsbury
Diane Shrewsbury
Benjamin Schiffelbein
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
